IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTONIO MOLINA, | : | CIVIL ACTION |
| Petitioner, | : | NO. 08-343 |
| v. | : | |
| RAYMOND LAWLER, et. al., | : | |
| Respondents. | : | |

**ORDER**

AND NOW, this 18th day of November, 2008, upon consideration of the Petition for Writ of Habeas Corpus (Document No. 1), the Respondents' Response to the Petition for Writ of Habeas Corpus (Document No. 15), the Petitioner's Reply to Respondents' Response to the Petition for Writ of Habeas Corpus (Document No. 18), the Report and Recommendation filed by United States Magistrate Judge Lynne A. Sitarski (Document No. 26), and the Petitioner's Objections to the Report and Recommendation (Document Nos. 31, and 32), and after a thorough and independent review of the record, it is ORDERED that:

1. The Petitioner's objections are OVERRULED;

2. The Report and Recommendation of Magistrate Judge Sitarski is APPROVED and ADOPTED;

3. The Petition for Writ of Habeas Corpus is DENIED; and,

4. There is no probable cause to issue a certificate of appealability.

BY THE COURT:


s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.